IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. FARALDI, Individually and as Executrix of the Estate of MICHAEL A. FARALDI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID MORSS, HAROLD ANDERSON, DRAGON AVIATION, INC., and ROBERT DUNCAN JEFFREY,<br><br>　　　　　Defendants.<br>_____/ | No. C 13-853 MMC<br><br>**ORDER DIRECTING DEFENDANT MORSS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　On April 1, 2013, defendant David Morss ("Morss") electronically filed a motion to dismiss. Morss has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　Morss is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Morss is hereby advised that if he fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any

electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  April 9, 2013

_____
MAXINE M. CHESNEY
United States District Judge

2