United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DONNA L. FARALDI, Individually and as          No. C 13-0853 MMC
     Executrix of the Estate of MICHAEL A.
12   FARALDI,
                                                     **ORDER AFFORDING DEFENDANT
13              Plaintiffs,                          MORSS OPPORTUNITY TO RESPOND
                                                     TO PLAINTIFF'S REQUEST FOR STAY;
14         v.                                        CONTINUING HEARING ON
                                                     DEFENDANT'S MOTION TO DISMISS**
15   DAVID MORSS, HAROLD ANDERSON,
     DRAGON AVIATION, INC., and ROBERT
16   DUNCAN JEFFREY,

17              Defendants.

18   _____/

19

20         On April 4, 2013, the Court issued an Order to Show Cause, directing plaintiff to

21   show cause why the above-titled action should not be dismissed given that plaintiff has filed

22   essentially identical complaints in the Northern District of California, the Middle District of

23   Tennessee and the District of Oregon.  (See Order, filed Apr. 4, 2013).  In her response,

24   plaintiff has advised the Court of an additional action, pending in New York state court, and

25   seeks an order staying the instant action for ninety days to allow for various jurisdictional

26   issues to be resolved in the three alternative venues.

27         In light of the above, the Court will defer ruling on the Order to Show Cause and will

28   afford defendant David Morss an opportunity to respond to plaintiff's request for a stay.

     Defendant's response, if any, shall be filed no later than May 15, 2013.

1    Further, the hearing on defendant's Motion to Dismiss is hereby CONTINUED from

2  May 10, 2013 to June 14, 2013.

3        **IT IS SO ORDERED.**

4
   Dated:  April 30, 2013

5                                                        MAXINE M. CHESNEY
                                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28