IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. FARALDI, Individually and as Executrix of the Estate of MICHAEL A. FARALDI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DAVID MORSS, HAROLD ANDERSON, DRAGON AVIATION, INC., and ROBERT DUNCAN JEFFREY,<br><br>　　　　Defendants. | No. C 13-0853 MMC<br><br>**ORDER AFFORDING DEFENDANT MORSS OPPORTUNITY TO RESPOND TO PLAINTIFF'S REQUEST FOR STAY; CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

　　　On April 4, 2013, the Court issued an Order to Show Cause, directing plaintiff to show cause why the above-titled action should not be dismissed given that plaintiff has filed essentially identical complaints in the Northern District of California, the Middle District of Tennessee and the District of Oregon.  (See Order, filed Apr. 4, 2013).  In her response, plaintiff has advised the Court of an additional action, pending in New York state court, and seeks an order staying the instant action for ninety days to allow for various jurisdictional issues to be resolved in the three alternative venues.

　　　In light of the above, the Court will defer ruling on the Order to Show Cause and will afford defendant David Morss an opportunity to respond to plaintiff's request for a stay.  Defendant's response, if any, shall be filed no later than May 15, 2013.

1 | Further, the hearing on defendant's Motion to Dismiss is hereby CONTINUED from May 10, 2013 to June 14, 2013.

**IT IS SO ORDERED.**

Dated:  April 30, 2013

MAXINE M. CHESNEY
United States District Judge