IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. FARALDI, Individually and as Executrix of the Estate of MICHAEL A. FARALDI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID MORSS, HAROLD ANDERSON, DRAGON AVIATION, INC., and ROBERT DUNCAN JEFFREY,<br><br>　　　　　Defendants.<br>_____ / | No. C 13-0853 MMC<br><br>**ORDER DEEMING DEFENDANT'S MOTION TO DISMISS WITHDRAWN** |

In light of the Notice of Settlement, filed jointly on May 15, 2013, by plaintiff Donna L. Faraldi and defendant David Morss, the Motion to Dismiss, filed April 1, 2013, by said defendant, is hereby deemed withdrawn.

**IT IS SO ORDERED.**

Dated: May 17, 2013

　　　　　　　　　　　　　　　　　　　　／s／ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge