United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA L. FARALDI, Individually and as Executrix of the Estate of MICHAEL A. FARALDI,

Plaintiffs,

v.

DAVID MORSS, HAROLD ANDERSON, DRAGON AVIATION, INC., and ROBERT DUNCAN JEFFREY,

Defendants.
_____/

No. C 13-0853 MMC

**ORDER STAYING CASE; SETTING DATE FOR FURTHER RESPONSE TO ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE**

On April 4, 2013, the Court issued an Order to Show Cause, directing plaintiff Donna L. Faraldi to show cause why the above-titled action should not be dismissed in light of plaintiff's filing of essentially identical complaints in two other districts. (See Order, filed Apr. 4, 2013.) On April 26, 2013, plaintiff responded by requesting the Court stay the action for ninety days, pending resolution of various procedural matters in the other districts, and the Court thereafter issued an order affording defendant David Morss, the one defendant served to date, an opportunity to respond as well. On May 15, 2013, plaintiff and defendant David Morss jointly filed a Notice of Settlement.

Accordingly, good cause appearing and no objection having been made thereto, plaintiff's request is hereby GRANTED, and proceedings in the above-titled action are

hereby STAYED until July 26, 2013, on or before which date plaintiff shall file a further response to the above-referenced Order to Show Cause.

In light of the above, the May 31, 2013 Case Management Conference is hereby CONTINUED to August 30, 2013.

**IT IS SO ORDERED.**

Dated: May 17, 2013

MAXINE M. CHESNEY
United States District Judge