IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. FARALDI, Individually and as Executrix of the Estate of MICHAEL A. FARALDI,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MORSS, HAROLD ANDERSON, DRAGON AVIATION, INC., and ROBERT DUNCAN JEFFREY,<br><br>Defendants. | No. C 13-0853 MMC<br><br>**ORDER EXTENDING STAY; SETTING DATE FOR VOLUNTARY DISMISSAL OR FURTHER RESPONSE TO ORDER TO SHOW CAUSE; VACATING CASE MANAGEMENT CONFERENCE** |

The Court having been advised by plaintiff that all defendants to the above-titled action are "in the process of finalizing" a " global settlement" with plaintiff (see Pl.'s Further Response to Order to Show Cause) and that plaintiff anticipates filing a dismissal with prejudice within the next sixty days, the stay previously entered on May 17, 2013, is hereby EXTENDED to October 11, 2013, on or before which date plaintiff shall file either a dismissal of the action or further response to the Order to Show Cause issued April 4, 2013.

In light of the above, the Case Management Conference currently scheduled for August 30, 2013, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 29, 2013

MAXINE M. CHESNEY
United States District Judge