1  **TIMOTHY J. RYAN – SBN 99542**
   **REBEKKA R. MARTORANO – SBN 173600**
2  **THE RYAN LAW GROUP**
   2379 Gateway Oaks Drive, Ste. 100
3  Sacramento, California 95833
   Telephone: (916) 924-1912
4  Facsimile: (916) 923-3872
   tryan@ryanlg.com
5  rmartorano@ryanlg.com

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. FARALDI, Individually and as Executrix of the Estate of MICHAEL A. FARALDI, | Case No. C 13-00853 MMC |
| Plaintiffs, | STIPULATION OF DISMISSAL |
| vs. | |
| DAVID MORSS, HAROLD ANDERSON, DRAGON AVIATION, INC., and ROBERT DUNCAN JEFFREY, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) in its entirety.

Dated: October 11, 2013                    THE RYAN LAW GROUP

                                           By:    /s/ Rebekka Martorano
                                           REBEKKA R. MARTORANO
                                           Attorneys for Plaintiffs

**STIPULATION OF DISMISSAL**                                           -1-

Dated:  October 11, 2013            HIGA & GIPSON, LLP

                                    By:    /s/ Ronnie Gipson
                                    RONNIE R. GIPSON JR.
                                    Attorneys for Defendant David Morss

**STIPULATION OF DISMISSAL**                                    -2-